
**Kushnick | Pallaci** PLLC
Attorneys At Law

445 Broad Hollow Road
Suite 124
Melville, New York 11747
Tel. (631) 752-7100
Fax. (631) 777-7732

September 18, 2013

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-13

Re:   **Zerega Avenue Realty Corp. v. Travelers Casualty Insurance Co. of America**
      **Case. No. 13 CV 4538**

Dear Judge Sullivan:

We represent the Plaintiff if the above-referenced matter. Enclosed, please find a Stipulation and Amended Complaint regarding the above-captioned matter. Pursuant to several telephone conversations with counsel for defendant Travelers Casualty Insurance Company of America, it has come to our attention that Travelers was inadvertently named as the defendant herein and that Standard fire Insurance Company, a division of Travelers, is the proper party to this action.

Please see the enclosed Stipulation to be So Ordered to which counsel for Travelers consents to the filing of the Amended Complaint, as well as consents to accept service of the Amended Complaint on behalf of Standard Fire Insurance Company, the correctly named Defendant.

Furthermore, we hereby respectfully request that the enclosed Stipulation be So Ordered, that Plaintiff be allowed to serve its Amended Complaint, and that all current deadlines for the above-captioned matter be rescheduled to allow Defendant Standard fire Insurance Company thirty (30) days from the date of service to answer the Proposed Amended Complaint.

Thank you in advance for your attention to this matter.

```
IT IS HEREBY ORDERED that: (1) the
initial status conference in this
action is adjourned to November 1,
2013 at 10:30 AM; (2) the deadlines to
submit the parties' joint letter and
proposed scheduling order and case
management plan are extended to Friday,
October 18, 2013, at 4:00 PM.
```

Respectfully Submitted,

VINCENT T. PALLACI (VP0801)

SO ORDERED
Dated: 9/18/13
RICHARD J. SULLIVAN
U.S.D.J.