Judith A. Lockhart, Esq.
Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: 212-732-3200
lockhart@clm.com
trivigno@clm.com

Craig Russell Blackman, Esq.
Antranig N. Garibian, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
agaribian@stradley.com
*Attorneys for Defendant, The Standard Fire Insurance Company*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **ZEREGA AVENUE REALTY CORP.,** | : | |
| | : | |
| **Plaintiff,** | : | **ECF CASE** |
| | : | |
| -against- | : | **Case No. 1:13-cv-04538-RJS** |
| | : | |
| | : | |
| **THE STANDARD FIRE INSURANCE COMPANY** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

-----------------------------------------------------------------x

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, The Standard Fire Insurance Company, in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is not a publicly traded company.

7303758.1

2.      Travelers Insurance Group Holdings, Inc., is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is not a publicly traded company.

3.      Travelers Property Casualty Corp. is a wholly-owned subsidiary of The Travelers Companies, Inc.

4.      The Travelers Companies, Inc., is a publicly traded holding company, and not an insurer, that indirectly owns 100% of The Standard Fire Insurance Company.

Dated: October 23, 2013
       New York, New York

CARTER LEDYARD & MILBURN LLP

By: /s/ *signature*
Judith A. Lockhart
Leonardo Trivigno
2 Wall Street
New York, NY 10005
Telephone: (212) 732-3200
lockhart@clm.com
trivigno@clm.com

-and-

STRADLEY, RONON, STEVENS & YOUNG, LLP
Craig Russell Blackman
Antranig N. Garibian
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
cblackman@stradley.com
agaribian@stradley.com

*Attorneys for Defendant, The Standard Fire Insurance Company*

7303758.1